The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL ANDREW WOOD,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | NO. C23-1521 JCC<br><br>[~~PROPOSED~~]<br>ORDER GRANTING GOVERNMENT'S MOTION FOR SECOND EXTENSION OF TIME TO FILE AN ANSWER |

The Court, having reviewed the United States' motion to extend by seven days the time to file an answer to the defendant's *pro se* motion under 28 U.S.C. § 2255, hereby states that IT IS HEREBY ORDERED that the motion is GRANTED. The United States may file its answer to defendant's motion on or before January 26, 2024.

DATED this 18th day of January 2024.

_____
JOHN C. COUGHENOUR
United States District Court Judge

Presented by:
*/s Tania M. Culbertson*
TANIA M. CULBERTSON
Assistant United States Attorney

[~~PROPOSED~~] ORDER GRANTING
MOTION FOR SECOND EXTENSION - 1
*Wood v. United States,* C23-1521JCC

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 552-7970