THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL ANDREW WOOD, | CASE NO. C23-1521-JCC |
| Petitioner, | MINUTE ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Petitioner's request (Dkt. No. 19) to extend the reply date for his 28 U.S.C. § 2255 motion (Dkt. No. 1). Finding good cause, the Court hereby extends the due date for Petitioner's reply to February 16, 2024. However, the Court declines Petitioner's request to appoint counsel.

DATED this 7th day of February 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
C23-1521-JCC
PAGE - 1