THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL ANDREW WOOD, | CASE NO. C23-1521-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| UNTIED STATES OF AMERICA, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Petitioner's motion for reconsideration (Dkt. No. 29). Such motions are due within fourteen days of the decision which the movant seeks reconsideration of. *See* LCR 7(h)(2). Here, the Court received Petitioner motion 32 days after service of the Court's order. As such Petitioner's motion is untimely and will not be considered.

DATED this 27th day of March 2024.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Kathleen Albert</u>
Deputy Clerk

MINUTE ORDER
C23-1521-JCC
PAGE - 1