UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL ANDREW WOOD ,

                Petitioner,

    v.

UNITED STATES OF AMERICA,

                Respondent.

CASE NO. 2:23-cv-01521-JCC

**ORDER GRANTING AGREED MOTION TO POSTPONE EVIDENTIARY HEARING**

Petitioner moves to postpone the **April 12, 2024** evidentiary hearing in order to pursue compassionate release, which if successful will moot the need for an evidentiary hearing. Dkt. 35. The Court has considered the motion and ORDERS:

1.     The motion to postpone is GRANTED and the hearing set for April 12, 2024 is stricken. Petitioner shall file a status report by August 18, 2024 as to whether an evidentiary hearing is needed, or whether no hearing is necessary.

2.     The clerk shall provide a copy of this order to all parties.

DATED this 8th day of April, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING AGREED MOTION TO
POSTPONE EVIDENTIARY HEARING - 1